IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-00816-KLM

PAULA ORANSKY

    Plaintiff,

v.

USAA CASUALTY INSURANCE COMPANY,
a Texas corporation

    Defendant.

---

## STIPULATION OF DISMISSAL WITH PREJUDICE

---

Plaintiff Paula Oransky and Defendant USAA Casualty Insurance Company hereby stipulate that all claims in the above-captioned matter are dismissed with prejudice pursuant F.R.C.P. 41(a)(1)(A)(ii), each party to bear her or its own attorneys' fees and costs.

Dated: August 24, 2018                                  Respectfully submitted,

| | |
|---|---|
| *s/Christopher W. Jeffress* | *s/ Jeremy A. Moseley* |
| Christopher W. Jeffress | Jeremy A Moseley |
| Jeffress Law, PC | Anthony C. Barbe |
| 1790 38th Street, Ste. 300 | Wheeler Trigg O'Donnell LLP |
| Boulder, Colorado 80301 | 370 Seventeenth Street, Suite 4500 |
| Telephone:  303.993.8685 | Denver, CO  80202-5647 |
| Email:   chris@jeffresslaw.com | Telephone:  303.244.1800 |
| | Facsimile:   303.244.1879 |
| | Email:  moseley@wtotrial.com |
| | barbe@wtotrial.com |
| | |
| Attorneys for Plaintiff | Attorneys for Defendant |
| Paula Oransky | USAA Casualty Insurance Company |

2

## CERTIFICATE OF SERVICE (CM/ECF)

   I HEREBY CERTIFY that on August 24, 2018, I electronically filed the foregoing **STIPULATION OF DISMISSAL WITH PREJUDICE** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

- **Anthony Carl Barbe**
  barbe@wtotrial.com, kern@wtotrial.com

- **Christopher William Jeffress**
  chris@jeffresslaw.com, greg@jeffresslaw.com

- **Jeremy A. Moseley**
  moseley@wtotrial.com, kern@wtotrial.com

              *s/ Kelsey Kern on behalf of Jeremy A. Moseley*